O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO TOY,<br><br>                Petitioner,<br><br>    v.<br><br>J. SOTO, WARDEN,<br><br>                Respondent. | CASE NO. CV 14-06563-VBF-RZ<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation ("R&R") of the United States Magistrate Judge. Further, the Court has engaged in <u>de novo</u> review of those portions of the R&R to which Petitioner has objected.

      Petitioner's objection **[Doc #29] is OVERRULED.**

      The R&R **[Doc #27] is ADOPTED.**

      The first amended habeas corpus petition **[Doc # 12] is DENIED.**

      This action is **DISMISSED with prejudice and TERMINATED**.

      The Court will rule on a certificate of appealability by separate order.

      As required by Fed. R. Civ. P. 58(a), the Court will enter judgment by separate

1 | document. *See Jayne v. Sherman*, 706 F.3d 994, 1009 (9th Cir. 2013).[1]

3 | DATED: May 5, 2015

*[signature: Valerie Baker Fairbank]*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

---

[1] *Accord Buck v. American Quarter Horse Ass'n*, Nos. 14-4063 and 14-4113, 2015 WL 968473, – F. App'x –, 1 n.1 (10th Cir. Mar. 6, 2015) ("[W]e note that the district court did not prepare a separate document entering judgment in accordance with Fed. R. Civ. P. 58(a).").

"'To comply with Rule 58, an order must (1) be self-contained and separate from the opinion; (2) note the relief granted; and (3) omit or substantially omit the district court's reasons for disposing of the claims.'" *Elkins v. Foulkes*, 2014 WL 2615732, *14 n.4 (C.D. Cal. June 12, 2014) (quoting *Daley v. U.S. Attorney's Office*, 538 F. App'x 142, 143 (3d Cir. 2013) (per curiam) (citation omitted)). "'A combined document denominated an Order and Judgment, containing factual background, legal reasoning, as well as a judgment, generally will not satisfy the rule's prescription.'" *Fisher v. Ventura Cty. Sheriffs Narcotics Agency*, 2014 WL 2772705, *7 n.9 (C.D. Cal. June 18, 2014) (quoting *In re Taumoepeau*, 523 F.3d 1213, 1217 (10th Cir. 2008)) (internal quote marks omitted).