O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO TOY, | ) | CASE NO. CV 14-06563-VBF-RZ |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| J. SOTO, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons stated in the well-reasoned Report and Recommendation of the Honorable Ralph Zarefsky, United States Magistrate Judge, final judgment is hereby entered in favor of the respondent and against petitioner Antonio Toy.

DATED: May 5, 2015

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE